IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT T. LAGERVALL,<br><br>Plaintiff,<br><br>vs.<br><br>MISSOULA COUNTY PUBLIC SCHOOLS, PRINCIPAL TED FULLER, and JENNIE HAINES,<br><br>Defendants. | CV 16–57–M–DLC–JCL<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations in this case on August 22, 2017, recommending that Defendants' Motion for Summary Judgment be granted and this action be dismissed. Plaintiff Robert T. Lagervall failed to timely object to the Findings and Recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc.

27) are ADOPTED IN FULL and this matter is DISMISSED.

IT IS FURTHER ORDERED that Defendants' Motion to Compel Lagervall to Respond to Discovery (Doc. 21), and Lagervall's Motion to Extend the Deadline for Filing his Summary Judgment Motion (Doc. 23) are DENIED.

DATED this 30th day of October, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court