UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT T. LAGERVALL ET AL, | Case No. CV-16-057-M-DLC |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| MISSOULA COUNTY PUBLIC SCHOOLS ET AL, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendations are ADOPTED IN FULL and this matter is DISMISSED.

Dated this 30th day of October, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk